## FIRST DEPARTMENT, FEBRUARY TERM, 1887.

Philip Deobold v. Fr derick Opperman.—Motion granted.

Martha W. Leach v. James A. Flack.—Motion for reargument denied.

James Scott and others, Respondents, v. Alexander Reed, Appellant.—Motion for reargument denied.

## THIRD DEPARTMENT, FEBRUARY TERM, 1887.

John Spickerman, Respondent, v. Adam McChesney, Appellant.—Judgment affirmed, with costs. Opinion by Landon, J.

Moses Y. Wells, Appellant, v. Village of Hermon, Respondent.—Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

In the Matter of the Will of Clara B. Hopkins, deceased.—Decree affirmed, with costs. Opinion by Landon, J., and by Bockes, J., dissenting.

Charles Horton, Respondent, v. Frank X. Weireter, Appellant.—Judgment and order affirmed, with costs. Opinion by Learned, P. J.; mem. by Landon, J., dissenting.

Mark T. Dunning, Appellant, v. Edwin R. Northrup and others, Respondents.—Judgment affirmed, with costs. Opinion by Landon, J.; Bockes, J., not voting

John Quackenbush, Plaintiff, v. Henry Quackenbush and others, Defendants.—Motion to go to the Court of Appeals denied.

Application of Carlos B. Conant for Removal of Patrick Grogan, Police Magistrate.—Charges dismissed. Opinion by Learned, P. J.

John M. Bouck, Appellant, v. George M. Gleason, Respondent.—Judgment and order affirmed, with costs. Opinion by Learned, P. J.

William Smith, Respondent, v. John Stewart, Appellant.—Judgment of County Court affirmed, with costs. Mayham, J., not acting.

The People of the State of New York, v. Michael Kurtz. — Motion for reargument denied. Opinion by Learned, P. J.

Robert Boocock, Appellant, v. William Cochran, Respondent. — Judgment affirmed, with costs.

Joseph Engleman, Plaintiff, v. Adolph Langhorst, Defendant. — Judgment ordered on verdict for plaintiff, with costs. Opinion by Learned, P. J.

John E. Van Etten, Plaintiff, v. Jonathan Hasbrouck, Defendant. — Motion for reargument denied. Mem. by Learned, P. J.

In the Matter of County Treasurers and Companies. — Order that secretaries and treasurers, who have not filed reports, as required by section 753 of Code and rules 69 and 70, do so forthwith or show cause March 8, 1887, at adjourned General Term, why they should not be punished.

## SECOND DEPARTMENT, FEBRUARY TERM, 1887.

Joseph Upper, Appellant, v. Calvin Scripture, Respondent.—Judgment affirmed, with costs. Opinion by Dykman, J.

John A. McGillivray, Appellant, v. The Standard Oil Company, Respondents. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Augustus R. Griffin, Receiver, etc., Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J. not sitting.

Joseph Upper, Appellant, v. Calvin Scripture, Respondent. — Order refusing motion to set aside report affirmed, with costs. Opinion by Dykman, J.

Alfred C. Checney, v. Henry J. Gortsckins. — Appeal withdrawn.

Matter of application of Staten Island Rapid Transit Company, R. R. Co. — Order confirming report of commissioners affirmed, with costs and disbursements. Opinion by Barnard, P. J.

National City Bank of Brooklyn, Respondent, v. Robert L. Wescott, President etc., Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Patrick McDonald, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment affirmed, with costs. Opinions by Barnard, P J., and Pratt, J.

Mary Dillon, Appellant, v. Michael McMahon and others, Respondents. — Judgment dismissing complaint reversed, and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Merritt E. Sawyer, Appellant, v. Thomas J. Wayne and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Emma Aldrich, Appellant, v. Frederick Schrader, Jr., and another, Respondents.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Stephen B. Alley, Respondent, v. Emily Conover and others, appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

William L. Post, Respondent, v. George G. Horning and others, Appellants. — Order sustaining complaint on demurrer and judgment thereon affirmed, with costs. Opinion by Barnard, P. J.

Michael S. Shanley, Appellant, v. The Village of Port Chester, Respondent. — Order granting new trial affirmed, with costs. Opinion by Pratt, J.

William O. Jackson, Plaintiff, v. Albert Daggett, Defendant. — Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

The People of the State of New York ex rel. The Church of the Holy Communion v. Assessors, etc., of Greenburgh. — Motion to dismiss writ of certiorari granted, with ten dollars costs. Opinion by Dykman, J.

Patrick Reilly, Appellant, v. John E. Murray and others, Respondents.— Order dismissing appeal and refusing amendments affirmed, with costs. Opinion by Pratt, J.

Robert W. Darrow, Plaintiff, v. Isaac O. Horton, Defendant. — Order reversed and motion granted, with costs and disbursements. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Joseph D. Bennett, Respondent, v. Hepzibah W. Churchill, Appellant. — Order affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Julia A. Barlow, Appellant, v. The First National Bank of Sing Sing, Respondent. — Order reversed, with costs and disbursements, and motion denied. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The People of the State of New York ex rel. Bradish v Assessors of Flushing. — Motion to appeal to Court of Appeals granted. Opinion by Barnard, P J.

The Chester Rolling Mills, Appellant, v. The Vessels, The Hopatcong and Musconetcong,